People of the State of Illinois, Plaintiff, v. Peter B. Schyman and Horace B. Hannon, Defendants. In re Peter B. Schyman and Horace B. Hannon. Peter B. Schyman, Appellant, v. People of the State of Illinois, Appellee.

Gen. No. 42,077.

Heard in third division, first district, this court at December term, 1941; opinion filed July 3, 1942. Ode L. Rankin, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''